UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE ROWAN, <br> by SCOTT ROWAN, his next friend, <br>     Plaintiff, <br> <br> -v- <br> <br> BROOKDALE SENIOR LIVING COMMUNITIES, <br> INC. d/b/a WYNWOOD OF PORTAGE, <br>     Defendant. | No. 1:13-cv-1261 <br> <br> HONORABLE PAUL L. MALONEY |

## JUDGMENT

The Court has granted Defendant Brookdale Senior Living Communities' motion to compel arbitration. All claims in the complaint fall within the arbitration clause, which was contained in the contract between the parties. All claims in the complaint must therefore be resolved by the arbitrator; there are no claims left for the Court to resolve. Accordingly, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters.

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date:   June 5, 2015                                                    /s/ Paul L. Maloney
                                                                                    Paul L. Maloney
                                                                                    Chief United States District Judge