UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT ROWAN, )
                Plaintiff, )
) No. 1:13-cv-1261
-v- )
) Honorable Paul L. Maloney
BROOKDALE SENIOR LIVING )
COMMUNITIES, INC., )
                Defendant. )
                                              )

## JUDGMENT

The parties resolved this matter through arbitration, after this Court granted Defendant's motion to compel arbitration. The arbitrator award Plaintiff $280,000.00 against Defendant. This Court has confirmed that award. Therefore, under Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS** in Plaintiff's favor. Defendant shall pay Plaintiff $280,000.00, as required by the arbitration award.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: April 21, 2017                                          /s/ Paul L. Maloney
                                                                                     Paul L. Maloney
                                                                                     United States District Judge